Garrison Jones
P.O. Box 188911
Sacramento, California 95818
Garrison.jones@ouylook.com
PLAINTIFF Pro Se

**FILED**

**OCT 04 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

Navisite llc/Velocity Technology Solutions, INC.; Case No. **2:21-cv-01772**-KJM-JDP

September 30, 2021
**CERTIFICATE OF SERVICE**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

GARRISON JONES
Plaintiff,

v.

Navisite llc /Velocity Technology Solutions, INC

## SUMMONS EXECUTED

## CERTIFICATE OF SERVICE

Complaint Filed: September 28, 2021

Trial Date: None Set
Judge: Hon. Jeremy D Peterson

On September 30, 2021, the defendants in the above action were properly served with the complaint and summons

400 Minuteman Rd, Andover, MA 01810at 1901

**Dated September 30, 2021**