ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Tel.: 916-840-3150 / Fax:  916-840-3159

Attorneys for Defendants VELOCITY TECHNOLOGY SOLUTIONS, INC. and NAVASITE LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>      Plaintiff,<br><br>   v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS; NAVASITE LLCE, et al.,<br><br>      Defendants. | Case No. 2:21-cv-01772-JAM-JDP<br><br>**DEFENDANTS'** ***AMENDED*** **NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) AND 41(B)**<br><br>Date:            December 2, 2021<br>Time:           10:00 a.m.<br>Place:          Courtroom 9, 13th Floor<br><br>Complaint Filed: September 28, 2021<br>Trial Date:         None Set<br>Magistrate Judge: Hon. Jeremy D. Peterson<br>District Judge:    Hon. John A. Mendez |

TO PLAINTIFF GARRISON JONES:

AMENDED NOTICE IS HEREBY GIVEN that on **December 2, 2021**, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 9 on the 13th floor of this Court, located at 501 I Street, Sacramento, California, 95814, or as otherwise ordered by this Court, including by remote means if so ordered, Defendants Velocity Technology Solutions, Inc. and Navasite LLC will and hereby do move for an order dismissing Plaintiff Garrison Jones's Complaint for Civil Damages [DKT 1], without leave to amend, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 41(b). [DKT 6.]

DATED:  October 21, 2021                    OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.


                                            By: */s/ Anthony J. DeCristoforo*
                                                Anthony J. DeCristoforo
                                                Attorneys for Defendant VELOCITY
                                                TECHNOLOGY SOLUTIONS, INC.