

**FILED**

JAN 0 7 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Garrison Jones
Plaintiff (Pro Se)
P.O. Box 188911
Sacramento, California 95818
garrison.jones@outlook.com

# U.S. DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**GARRISON JONES**

    **Plaintiff,**

  **V.**

**VELOCITY TECHNOLOGY
SOLUTIONS LLC et al**
    **Defendants.**

**Case No.: 2:21-cv-01772
KAM-JDP**

**JURY TRIAL
DEMANDED**

Action filed:  Nov 25, 2019

Date set for trial: NONE

## Plaintiff Opposition to Defendant's motion to dismiss
## Defendants are not entitled to any relief

This Matter is before the Court on Opposition to defendant's motion to dismiss and Entry of Default Judgment against Velocity Technology Solutions / Navisite.

### Introduction

First, Defendant has not raised grounds sufficient to justify dismissal of the case and are not entitled to any relief in this motion.

No litigant especially the defendants or their counsel from Ogltree Deakins is entitled to any relief or dismissal when they in broad daylight in a federal proceeding confirm

and continue to commit the claims contained in this complaint even three years after the very first occurrence of the same act/event/claim.

Both Velocity and Ogltree Deakins think they are above the law and is not liable for any actions they have committed.

Its pure arrogance. If counsel recognizes the criminal element, they for sure has admitted and are liable for the civil claims and damages done to the plaintiff.

**Defense counsels claim about private action are simply hogwash.** This is not a class action complaint and it does not have multiple plaintiffs involved as the plaintiff Garrison Jones was the intended target of each and every forged document, fabricated complaint that was filed by the defendants.

His personal identifying information was the only element that was used in each occurrence.

What he is basically saying is that in his mind Ogltree Deakins and Velocity are above the law because plaintiff is black he cannot sue or file a complaint against them nor can they be held accountable for their actions.

The complaint by plaintiff contains undisputed claims and has an overabundance of evidence and legal merit.

The defendants and their counsel has used the personal identifying information of the plaintiff and implicated/framed him as the person who created the forged documents, they filed with multiple local, state and federal agencies where each of these acts are classified as a felony against the federal government of the United States as well as against local, state and federal agencies.

If any of these agencies on their own merit uncovered these documents, false fabricated complaints were in fact fraud that warranted a prison sentence, it would be the plaintiff who would be the target.

That was at all times their intention.  Had it not been for the uncovering of these crimes by plaintiff, he would be sent to prison.


This case has nothing to do with the parallel case counsel is attempting to **"co-mingle"** orders and rulings from one case and make them appear that it is applicable to every case plaintiff has or will file.
He has degenerated to the level of "judge/name dropping of Judge Mueller who is not the presiding judge in this case to make his petty defense appear to contain "credibility.

There is no circumventing of any other case, as this case was sent to the court a day before the order from the current parallel case and is an accumulation of acts uncovered by the plaintiff from June 2020 thru September 2021.

The plaintiff via communication with multiple local, state and federal agencies has uncovered over 19 events where his personal identifying information was used by the defendants and their attorneys in the filing of false complaints, allegations and claims as well as forged documents they both created for the purpose of escaping the liability of all the unlawful acts they have committed.

Now that they have been uncovered, he thinks he is unable to recover the damages they have conflicted upon plaintiff.  He is mistaken.

The **plaintiff was the intended target and the victim of each and every one of these acts**.

There is not a single instance where defendants informed plaintiff of any of these false charges, complaints, and or forged documents they filed or created.

Plaintiff by virtue of his own due diligence has discovered / uncovered all of them.

Each time he has uncovered these acts, the defendants and their counsel "go silent" and never mentioned them again.

Instead he reverts back to quoting everyone from Tom and Jerry and Flipper in an attempt to misdirect the attention away from the discovery onto something irrelevant to the complaint.

There is no law that states or prevents him or any other victim of stolen identity theft that was used in connection with other felony violations from filing any complaint against the perpetrator of these diabolical, heinous acts.

Nor is there any law that prevents a victim from any and all relief/damages.

Defense counsel is basically saying they are above the law and **"so what we got caught committing fraud and forgery against the federal government and you can't do a damn thing about it"**.

**There is not a single denial in his motion.**

**The fact remains is that he is admitting Velocity and Ogltree Deakins committed these claims as alleged in the complaint.**

Judge Mueller is not the District Judge assigned to this case.

It is assigned to District Judge: Hon. John A. Mendez.

In addition, the court must be aware that attorney Anthony Decristoforo an alleged officer of the court has implicated himself in fraud and forgery in the conspiracy to defraud the United States government by virtue of his filing of a document he personally forged and submitted to the court.

This confirmed that his law firm has been from the beginning in all of the fraud and forgery uncovered by the plaintiff and that not only is Velocity liable as they are financing these acts, but verifies that Ogltree Deakins have also aided, abetted as

- 4 -

well as participated in all of the allegations and claiming in the complaint before the court.

While counsel fails to openly admit it, there is not a long line of suspects who had a vested interest in filing of all these false complaints or the use of personal identifying information of plaintiff which was unlawfully/illegally  released by Velocity and used multiple times over the past 4 ½ years as fuel for all these heinous acts.

Counsel has a more individual interest in getting any relief as it will misdirect the courts attention away from the severe since he personally must suffer for his own participation in the conspiracy.

He intentionally ignored all the warning signs, flashing lights and the crossings and had the audacity to in broad daylight submit a forgery of a document he personally created to the court.

Within less than 2 mins it was discovered to be a forgery.


The defendants have offered to this court is an admission of guilt and liability.  They do not deny the claims nor offer any defense for their acts.

In addition defendants claim that the exhibits are in his mind duplicated along with other irrelevant statements.

There is no law that state that a specific exhibit or evidence can be used only one time.


Rule 8 of the Federal Rules of Civil Procedure requires that a complaint include facts (as distinct from legal "labels" and "conclusions") giving rise to a "plausible" (rather than merely "conceivable") entitlement to relief.


Evidence in the complaint contains undisputed facts with supported evidence / documents supported by investigations and from all of the agencies where many of the

manufactured, false fabricated evidence was planted in the files of local, state and federal agencies.

The fact remains that the defendants and their attorneys continue to commit identical acts of fraud and forgery despite responses from these agencies that completely exonerate the plaintiff Garrison Jones as the person who filed the complaint or as the creator of the forgery that has been submitted to the USDOL and any of the other agencies.

This arrogance proves the defendants, no matter the circumstances have continued to create forged documents, use personal identifying information of plaintiff unlawfully, then unlawfully implicated the USDOL as the agency who is the depository agency where this forgery is on file.

The fact the accused/defendants and their counsel from Ogltree Deakins continues to conduct themselves in the same manner as alleged in the complaint confirms each and every allegation and claim made by plaintiff.

The evidence shows the consistency of and the exact same pattern of all the false complaints, forged documents and false statements made by defendants and their attorneys that now are being repeated for now 4 ½ years and there seems to be no letting up or stopping this heinous/criminal conduct.

If defendants counsel has any other objection to the exhibits is because they specifically implicate and isolate both Velocity and attorneys from Ogltree Deakins as he party who created or filed the false exhibit to local, state and federal agencies.

Whether he claims that they are conclusionary, it is also irrelevant and are not grounds for dismissal.

They are responsible for both the criminal violations of local, state and federal violations of the law and all the civil claims and allegations in the complaint.

Yet they think they can once again talk or plead their way out of federal prison and civil liability.  They think they are above the law because they work at the law firm of Ogltree Deakins and Velocity, multi-million dollar organizations and their multi-million dollar organizations will by use of their financial status aid and abet them in escaping prison and the financial damages of the sever injury and damages they have intentionally inflicted upon the plaintiff and the conspiracy of fraud and forgery they have committed upon the United States federal government.

What he has given to both the criminal investigation is a statement of guilt and it will be forwarded to law enforcement.

They are not able to deny any of these claims and they know it.

Thus, the claims made by defendants are not only are factually unsupported but also are legally insufficient.

Instead of offering a denial they committed these acts, counsel instead begins to quote precedents because he knows these acts were committed by their client and attorneys from Ogltree Deakins.

There is not a single statement or sentence of denial.

They are under the assumption that the law both criminal and civil does not apply to the defendants or their counsel.

All he claims is that in his mind plaintiff cannot obtain a relief and he is lying about this as well.

Ogltree Deakins and Velocity are only two parties who committed all of the claims and allegations in this complaint.

The claims of being a "private action that no relief can be achieved is at best "hogwash".  **What he is really saying no matter what both Velocity and Ogltree**

- 7 -

**Deakens are above the law" at least when there is a black man accusing them of crimes and holding them liable and accountable.**

In contrast, Timothy McVeigh was charged with multiple federal, state and local crimes, convicted and sentenced to death.  He was also sued in multiple civil actions in California and Oklahoma, the same as plaintiff has done here.

Not only are they criminally responsible, they are liable for every single claim and allegations.

The plaintiff Garrison Jones was the intended target and victim of the crimes committed by the defendants and their counsel.

One of the pieces of evidence against McVeigh was that he had traces of explosives on the "ear plugs" he threw in the back seat of his care after removing them after he   up the federal building.

He was **so stupid** not to roll-up the window when he committed this heinous crime.

Just like the defendants and their counsel, he left "trace evidence of explosives on those ear plugs and he was over 70 miles away.  Thus hard to explain how this was on your ear plugs if you were not in OKC.

Just like the defendants, they were stupid to leave all the trace evidence that could only have come from Velocity and Ogltree Deakens.

There was not a pool of Velocity employees who even knew of the issues between plaintiff and Velocity, nor did they have all the identifying information they left with these agencies, so it could only have been done by executives at Velocity who had access to this information and Ogltree Deakens as the co-conspirators who directed and participated in the filing and planting of this evidence with local, state and federal agencies.

**There never was a long list of suspects**.

As recent as October 18, 2021 the USDOL once again has responded to plaintiff based on evidence and exhibits that the complaint made by defense counsel decristoforo where he claims the complaint was sent to the USDOL by plaintiff is in fact a forgery and that it does not exist in the files/records of the USDOL and that it is not an official complaint in the official WHISARD system where official complaints are entered / maintained and administered by the USDOL.

1. Next despite counsel inability to count and his claim of the exhibits as if it is not allowed to present exhibits more than one time, yes many of the exhibits are shared with other litigation, however he cannot dispute their authenticity. This is nothing more than a **"cry-baby defense."**
2. This Court should deny in its entirety the motion by defendants as **the motion is a personal attack on the disabilities of plaintiff** and does not, suggest in any way that the defendants or their client are not guilty of the criminal violations of the law that has resulted in this complaint, nor deny their liability, injury, damages inflicted upon the plaintiff.
3. They are under the assumption plaintiff is their "personal **nigger whipping boy**" but they are mistaken.
4. Plaintiff has been **called a dog, incoherent as well as other degrading names** showing the racial hatred and treatment by Velocity and Ogltree Deakins who both look at blacks as "**niggers**".
5. However, there has not been a single counter-claim or rebuttal of any of his admissible evidence or exhibits.
6. In addition, plaintiff is not going to federal prison. He simply wants the court to see the truth and has always showed up at every single proceeding to defend

himself against false charges, allegations, and complaints filed by the defendants and their counsel against him.

7. The fact that they continue to commit and mirror the claims and allegations in the complaint only solidifies the complaint.

8. The defendants and their counsel have never presented any evidence that they are innocent of the claims or allegations in the complaint.

9. The complaint by the plaintiff is backed up by evidence and exhibits from the Federal Government of the United States.

10.     They are not forged documents and many of them contain federal government seals to confirm their source.

11.     **Next, Velocity / Navisite has financed and paid** for the manufacturing of all the fraud and forgery in addition to the criminal violations of the law committed against, local, state and federal agencies in addition to the planting of evidence in the files/records of local, state and federal agencies.

12.     The USDOL and law enforcement have conducted proper investigations, reviewed the evidence and made decisions based on facts.

13.     They have concluded on multiple occasions that the documents claimed to be in the files of their agency by defendants simply do not exist and or are not categorized as official complaints with their respective agency.

- 10 -

14.     There is no record of any complaint in their files made by plaintiff Garrison Jones.  However, there exist many documents that were not filed by plaintiff that contain his name and personal identifying information.

15.     Second, defense counsel decristoforo has proven each and every allegations and claim in the complaint in his pleading Document 94 filed on September 9, 2021.

16.     Had the plaintiff submitted his documents to show the forgery of the FMLA complaint letters by Ogltree Deakins, decristoforo would have never filed or attached his forgery FMLA complaint letters on September 9, 2021?

17.     Of course he is going to try and get this case out of his path of federal prison and disbarment. **He implicated himself**.

18.     He thinks all black people are stupid and are inferior to him.

19.     This man has no business in a court room except as a defendant.

20.     It is not the first time he has committed fraud and forgery however, it is the first time he has been exposed and caught.

21.     He needs to begin practicing his speech for his criminal trial and hiring another lawyer to get him a reduced sentence.

22.     If the best he can do is bash penmanship and incomplete sentences as his defense for committing perjury, forgery and fraud then I am sure he can find a law student to practice on him as the first defendant.

23.     Second there are only 29 pages in the complaint.  The rest of the pages are exhibits.

### Co-mingling of Cases

24.     Counsel is confused as to what case he is dealing with.

25.     Again, **this case has nothing to do with interference**.  The orders from any other case are not grounds for any relief nor are they global to any other case in the Eastern District of California except the case the order was entered despite the name dropping being used by counsel.

26.     Counsel is again desperate to get this case off the docket for personal reason.

27.     However even his personal reasons are minor compared to the criminal penalties he personally will suffer no matter which way this case goes.

28.

29.     It is inevitable and he is aware of it.

30.     Has brought embarrassment to his law firm, himself and is more than a person of interest in the conspiracy of many of these criminal acts.

31.     The USDOL has spoken and the attached communications and exhibits speak for themselves as they disavow each accusation made by all Ogltree Deakens attorneys in regards to documents, claims allegations and complaints with their agency.

32.     All of them are false, manufactured, fabricated and all were made by the defendants Velocity /Navisite and Velocity.

33.     There are two open investigations with the

34.     Counsel is completely confused as to what lie to tell and when.

35.     **A grown man crying like a baby**.  He is an hourly worker why is he complaining.

36.     There is apparently an **incentive based retainer in place and he has failed miserably in attempting to collect it.**

37.     Additionally, the plaintiff is a victim of multiple local, state and federal crimes and as such every crime victim has a right to file a civil lawsuit and not because decristoforo says so.

38.     In addition, as from prior pleadings I thought it was clear that I have not been able to find a single case where decristoforo, Anthony j was the deciding judge or factor in the admission of evidence nor have I seen anywhere where he is the individual who screens cases before they are litigated.

39.     Every victim of a crime has a right to file litigation against the alleged perpetrator for money damages.  *See Goldman vs OJ Simpson*

40.     Equally, every crime victim or their family has the right to file a civil lawsuit seeking financial compensation from the perpetrator or from other parties whose unreasonable conduct gave rise to conditions which allowed the crime to occur.

41.     In addition crime victims also have the right to file litigation against attorneys for Aiding and abetting and conspiracy claims.

42.     As it is clear that for over 5 years Ogltree Deakens have had in their roots in criminal activity in complete complicity with Velocity.

43.     They have advised, counseled and participated in many unethical, illegal and criminal acts on behalf of their client Velocity /Navisite.

44.     In addition **lawyers from Ogltree Deakins helped their client their client Velocity commit fraud and forgery against the plaintiff and the federal government of the United States.  That is without question.**

45.     The court must completely dismiss defendants counsel and his desperate measure to dismiss this case as it has nothing to do with the parallel case before this court.

46.     There is no way that a FMLA complaint he claims plaintiff sent to the USDOL has two different versions.

47.

- 13 -

48.     In addition, there is no way issues between plaintiff and Velocity all of a sudden show up under his name at these agencies a year before he was even aware of them.

49.      Plain and simple he has been caught committing fraud upon the court and knowingly submitting false forged evidence to the court in the form of a manufactured fraudulent FMLA documents that has already been confirmed by the agency they claim has **possession of this forgery, where they** clearly state it does not exist.

50.     This document is clearly a creation of fraud by Ogltree Deakins attorneys.

51.     There is clear and convincing evidence this document as well as the document from a different Ogltree Deakins attorney show both documents are forgeries.

52.     Yet counsel in his normal desperate actions file an immediate motion to dismiss to misdirect the courts attention away from his premediated act of criminal fraud and attempt to induce this court to a ruling so that the court cannot rule on the serious issue of criminal fraud.

**53.**     Now he is desperately attempting to misdirect the courts attention away from his acts of fraud and once again is attempting to induce this court to get rid of this case and ignore his unlawful, deceitful acts of fraud upon the court and the United States government.

1. As late as October 18, 2021 the USDOL via an FOIA response to the plaintiff Garrison Jones declared that Document 94 sent to the agency with the FOIA request dated September 13, 2018 FOIA REQUEST **Tracking Number 2021-F-12837** returned a **no record response.**

- 14 -

Which meant the USDOL did not have a record of this document attached to Document 94 submitted by Ogltree Deakins attorney Anthony decristoforo that the USDOL did not send it to either Velocity and or Ogltree Deakins. **It is a forgery**.

2. Counsel has been caught.
3. The intent of Counsel was to justify and **retrofit his forgery to again deceive the court, commit fraud upon the court in obtaining in his mind a ruling in favor of Velocity and Ogltree Deakins.**
4. Next, not only is counsel a liar, he apparently cannot not count as the complaint he is confused about has only 29 pages not 40. However there are tons of exhibits.

5. It's not the plaintiffs fault criminal not leave fingerprints and evidence behind that implicates them in local, state and federal crimes.
6. Equally, he is correct, there are many local, state and federal crimes and he also can be assured that each of these authorities in multiple states and jurisdictions all have been sent undisputable documents, exhibits and evidence in support of the respective criminal offenses committed by Velocity and Ogltree Deakins.
7. In addition, each have commented on the document Ogltree Deakins calls an agreement.

 With that said,   and I quote Per the FBI "The Federal Bureau of Investigation has been directed to furnish both the Fraud Section of the Criminal Division with copies of all reports in all matters involving fraud against the government.
Other agencies are required to forward similar reports of investigation to the appropriate United States Attorney in their jurisdiction."

There are many accumulated over the years and the list continue to grow.

However, I was wrong to think that the current Ogltree counsels were "accessories after the fact, they are actually active participants in the fraud upon the government based on their actions in this case and the cover-up they and Velocity /Navisite are still engaged in.

Defense counsel decristoforo on his own accord, implicated and moved his position from a "person of interest" to a full blown suspect in the fraud committed upon the federal government and specifically the USDOL.

It's not simply sad, but here he is forging documents claiming they exist in the files of a federal government agency and on 4 separate occasions this agency has not only denied these documents exist but has done so for over 4 years.

Still, Ogltree Deakins continue to make these claims assuming they would be believed by this court.

Per the FBI fraud against the federal government are also analyzed for civil potential.

The appropriate United States Attorney are mandated to ensure the pursuit of both civil and criminal redress.

**Shana Coleman**

| 06/22/2018 11:16:21 AM | T/C FRM THE CLT WANTING TO KNW WHAT WAS GOING ON W/ THE HRG, CHECKED C2T THE HRG WAS IN PROGRESS. | IA |
| --- | --- | --- |
| 06/22/2018 9:26:07 AM | T/C FRM THE CLT RE; THE REG IN C2T. PROVIDED TO THE CLT THE REG WAS ENTERED CORRECTLY. THE ALJ WILL BE PLACING THE CALL TO HIM. | IA |
| 06/21/2018 1:29:26 PM | 6/21 RECV'D CALL FROM ER WHO CHOOSES NOT BE ATTENDING HEARING. SHAWNA COLEMAN 704-357-7721 | JC |
| | U-1595392-001-0A | |

8. With that said, defense counsel has known for some time that Shauna Coleman is no longer employed at Navisite/Velocity.

9. She left because she is a coward.

10.     Here is a white woman who tried to use the fact she is married to a black man as a tool of leverage and empathy to talk the plaintiff out of filing a lawsuit against Velocity.

11.     Here is a woman who illegally released confidential information and
        medical information from an employees' files illegally giving it to
        unauthorized people.

12.     **Here is a woman who promoted a white employee** even after there
        **exist videos of him stealing intellectual property of Infor** (the main/highest
        revenue source in the organization) where he illegally recorded over 6
        consecutive weeks of these classes.

13.     Yet she had no reservations on terminating the plaintiff while on FMLA.

14.     Here is a woman **who even with an attorney** intentionally failed to
        appear at a single appeal hearing.

15.     This after she was on a conference call with her attorney having ex parte
        communication with the court on the same day.

| 06/22/2018 11:16:21 AM | T/C FRM THE CLT WANTING TO KNW WHAT WAS GOING ON W/ THE HRG, CHECKED C2T THE HRG WAS IN PROGRESS. | IA |
| 06/22/2018 9:26:07 AM | T/C FRM THE CLT RE; THE REG IN C2T. PROVIDED TO THE CLT THE REG WAS ENTERED CORRECTLY. THE ALJ WILL BE PLACING THE CALL TO HIM. | IA |
| 06/21/2018 1:29:26 PM | 6/21 RECV'D CALL FROM ER WHO CHOOSES NOT BE ATTENDING HEARING, SHAWNA COLEMAN 704-357-7721 | JC |
| | U-1595392-001-OA | |

16.

17.

18.     Here is a woman who lied for years about the termination of the plaintiff,
        lied about a **dr appointment on May 20, 2018 a Sunday**, she claim was told
        to her by the plaintiff.

- 17 -

19.
20.



From: Shauna Coleman <shauna.coleman@velocitycloud.com>
Date: May 15, 2018 at 6:18 PM
To: Garrison Jones <garrison.jones@outlook.com>
Subject: Re: FMLA - Garrison Jones

Hi Garrison.

I am not able to speak this evening. Please send me your questions via email.

Thank you

On Tue, May 15, 2018 at 7:04 PM Garrison Jones <garrison.jones@outlook.com> wrote:
Again this repeatedly stuff is not working Shauna. I never said I had dr appt on May 20. That again is velocity saying that.

You guys want to have a reason.

21.
22.
23.

24.     Here is a woman who never expected the termination of an employee would turn into a federal criminal matter.

25.     Now, that this is in federal court where all of the lies she told will come to light and Ogltree Deakins expected her to "**testify**" and in a federal **proceeding**. Of course she quit. She knows what is at stake.



Sat 10/23/2021 7:15 PM

Garrisonamz Jones <garrison.amz@outlook.com>

**dude forgot to tell you**

To   garrison.jones@outlook.com

Hey I forgot to tell you  Shauna Coleman just quit and they say its directly because of you.

26.

27.

28.     No lie lives forever.

29.

30.     What he may not accept is that she knew the day would come where all of the criminal acts and fraud would someday come back and haunt her and Velocity.  The CEO of Velocity left/resigned weeks ago for the same reason.

31.     What Shauna Coleman did not tell was that law enforcement had reached out to her multiple times investigation her role in multiple criminal acts of fraud against the federal government and specifically her role in the false fabricated FMLA complaint of July 19, 2018.

32.     The plaintiff uncovered this via an FOIA request and response on September 30, 2020 over 2 years after it was filed.

33.     He appealed this false fabricated FMLA complaint and reported it to authorities.

34.     It took some time but in the past 2 weeks, it was determined that it was Shauna Coleman who contacted the USDOL on July 19, 2018 and filed this false FMLA complaint using personal identifying information from the plaintiff employee file, impersonating and implicating him as the person filing this complaint.

35.     This like all the previous false implications has been overturned and reversed.

36. However, they have concluded that the plaintiff did not and could not have filed this complaint.

37. Just by sheer coincidence one of the investigators who had most of the evidence, looked at the LinkedIn profile of Shauna Coleman and compared it to the evidence sent by the plaintiff and found the link directly to her as the person who committed this federal crime.

38. This is why she left, she knew eventually she would be uncovered and just like the other cowards who left Velocity, and she thought leaving and going to another company would disconnect the audit trail back to her.

39. Shauna Coleman was mistaken.

40. There in her LinkedIn profile was the connection to multiple fraudulent copies where all of them had been created by Ogltree Deakins and velocity and were connected to Shauna Coleman.

41. Plaintiff after he uncovered this false fabricated FMLA complaint pointed out to the USDOL that this was a "female" who made this complaint.

42. This person had intimate knowledge of the issues between plaintiff and Velocity

43. This person had in their possession Velocity and Plaintiff information

44. However, the intake person recorded the phase "she" and "her" a total of 17 times total, proving they were talking to a female

45. Next the intake person also recorded the phrase "VTS" a total of 5 times

46. In the linked in profile and

**Exhibit S1 - Shauna** Coleman LinkedIn profile also has the phase VTS. Showing she is the only one that used this in the past and did so on multiple fabricated documents in the possession of Ogltree Deakins.

This is not a coincidence at all. She implicated both herself and Ogltree Deakins because all of these document came from them and their criminal fraudulent activity against and with the USDOL and fraud upon the federal government.

His intent was to use this forgery to in his mind "put the nail in the coffin" however, the only coffin he sealed is his own.

47.     After defense counsel Anthony Decristoforo has not simply misrepresented undisputable facts but he lied   a documented 19 specific times since his appearance in his 9 months absence of not filing a single pleading, he has to audacity to create and **blatantly** file a document that he created and is a complete forgery, under the assumption that no one would challenge him or question its authencity.

48.     He even "baited" the plaintiff stating

> 2.     Attached as Exhibit A is a true and correct copy of a letter dated May 22, 2018, that,
>
> on information and belief, was sent by the Plaintiff to the United States Department of Labor and
>
> which Plaintiff refers to in his Opposition as a thank you letter.  Oppo. [DKT 88] at 10.  This letter
>
> "bears the subject line "Formal FMLA Complaint against Velocity Technology solutions (sic)."

49.     The plaintiff, actually received for the first time the fabricated FMLA complaint letter sent to the USDOL by Ogltree Deakins attorney Jennnifer Colvin on August 24, 2018 via an FOIA Request and Response on June 8, 2021.

50.     Plaintiff held onto this document as he knew that counsel would go back to the roots of his organization and eventually commit some form of fraud and forgery in this case.

51.     Plaintiff held onto this document for four (4) months and low and behold after counsel was so sure that he could get away with this forgery, he filed Document 94 on September 9, 2018.

52.     Plaintiff immediately knew it was a forgery however, he needed the USDOL to verify it did not come from them.

53.     That answer came on October 18, 2021 via FOIA response   2021-f-12837 where they confirmed after plaintiff sent them this docuent as well as the one from June 8, 2021 **confirming it was a forgery** and there was no record of this document in their files.

54.     Forged Evidence Calls Out for Entry of Judgment as the appropriate Sanction in this Litigation.

55.     Forged evidence and documents have become more prevalent as parties can use programs such as Adobe Acrobat to alter key documents. Our firm has faced

issues where documents have been forged and sought sanctions to rectify the situation including the sanctions of entry of a judgment in favor of the plaintiff.

56.     Velocity and Ogltree Deakins have been fueled by the lack of retaliation by this court and other jurisdictions in the fraud they have continued and repeatedly committed.

57.     As such, this has given them a false illusion that nothing will ever happen to them so they blatantly commit acts of this nature and it is extremely prejudicial to the plaintiff.

58.     Plaintiff has relentlessly been the subject and victim of this type of criminal fraud committed against him mainly because he is black.

59.     Velocity and Ogltree in the past have done this behind his back and forced him to discover this own his own and take months to appeal to reverse and overturn the false claims, allegations and complaints made against him.

60.     However, on this occasion, he has caught them red-handed and this court must act.  This is the most inexcusable act of a so called "officer of the court" who if he had confidence in his documents or the outcome of this case, he never would have had the need to stoop to the level of creating and submitting a forgery document to the court in an effort to win this case.

61.

To totally transpose onto a totally bogus document…is the most egregious fraud on the court that this Court cannot not tolerate from any party.

62.     Counsel has quoted many cases in his attempt to mis-direct the courts attention away from his lies and deception.  But none of those precedents have a defense counsel who has lied as many times as decristoforo and none of those cases have an event where an attorney forged an FMLA document to gain a verdict in their favor on behalf of their client and none were caught doing it like decristoforo.

63.      " *Flava Works, Inc. v. Momient, 11 C 6306, 2013 WL 1629428 at \*2 (N.D. Ill. Apr. 16, 2013)*

64.      It is the court responsibility to the plaintiff's (the offending party Velocity and their attorneys from Ogltree Deakins) that their case would be <u>immediately</u> be dismissed with prejudice as a sanction for this fraud on the court. *Id. at \*3 (citing Pope v. Fed. Express Corp., 974 F.2d 982 (8th Cir.1992) and Chambers v. NASCO, Inc., 501 U.S. 32 (1991)).*

65.      Moreover, all courts have the inherent authority to sanction a party who "has acted not only a simplicity of bad faith, but with **premeditated criminal intent** to commit this act with vexatiously, wantonly, or for oppressive reasons." *Chambers v. NASCO, 501 U.S. 32, 33, 45-46 (1991).*

66.      It is well recognized that any sanction short of dismissal with prejudice or entry of judgment against a party fails as sufficient punishment for reliance upon inauthentic, forged evidence. In Quela v. Payco-Gen. Am. Creditas, Inc., finding "that **default judgment for criminal fraud upon the <u>court is the only appropriate remedy under the inherent power of the court.</u>**

**Fraud upon the court  vitiates the entire proceeding**

67.      It is also clear and well-settled federal law that any attempt to commit "fraud upon the court" **vitiates the entire proceeding**. *The People of the State of Illinois v. Fred E. Sterling, 357 Ill. 354; 192 N.E. 229 (1934)*

68.      ("The maxim that fraud vitiates every transaction into which it enters applies to judgments as well as to contracts and other transactions.*"); Allen F. Moore v. Stanley F. Sievers, 336 Ill. 316; 168 N.E. 259 (1929)*

69.      ("The maxim that fraud vitiates every transaction into which it enters ..."); In re Village of Willowbrook, 37 Ill.App.2d 393 (1962) ("It is axiomatic that fraud vitiates everything."); *Dunham v. Dunham, 57 Ill.App. 475 (1894), affirmed*

- 23 -

*162 Ill. 589 (1896); Skelly Oil Co. v. Universal Oil Products Co., 338 Ill.App. 79,
86 N.E.2d 875, 883-4 (1949); Thomas Stasel v. The American Home Security
Corporation, 362 Ill. 350; 199 N.E. 798 (1935).*

70.         Under Federal law, when any office of the court has committed fraud
upon the court, the order, transactions and judgements are all void and of no legal
force or effect.

71.

72.     There are too many glaring issues with both documents that were forged
documents by Ogltree Deakins attorneys. A three year old can see them if they
can read.

73.     One document has the address in Chicago and the other has the USDOL
address in Wheaton, Illinois.

74.     One document has a forged signature, decristoforo copy does not.

75.     Decristoforo copy has different information at the bottom of his forgery and
the other is blank.

76.     **He really was under the impression that he could blatantly get away
with this**.

77.     Yet in his motion to dismiss he does not mention it at all, instead he lies
about page count and misdirects the court away from his criminal intent.

78.

79.     Counsel is very concerned that the window is closing on the fraud he has
committed against this court and the fact he has been caught red handed.

80.     He is confused as to what case he is pleading against.

- 24 -

81.      There are no orders on this case that state anything whatsoever he is stating in his motion to dismiss.  This is and cannot be a 2 for 1 special as he intends. All of this is nothing more than "**misdirection**".

82.      **This is what criminals do when they are caught.**

83.      This complaint was filed on the same day as the order in the other case 2:19-cv-02374.  He wants to get a two for one special because the truth has finally surfaced as far as the federal criminal violations of the law committed by both Velocity and Ogltree Deakins attorneys.  They are now coming to light.

84.      On October 18, 2021 the USDOL has just confirmed that the fabricated FMLA letter presented to this court by decristoforo did not come from the records of the USDOL.

85.      In addition, in a parallel investigation it has been uncovered that the false fabricated FMLA complaint filed on July 19, 2018 was filed by Velocity HR Director, Shauna Coleman.

86.      There has been intermittent contact with her by investigators for the past few months.  In a turn of events she resigned from Velocity assuming that she could escape the investigation but one of the investigators looked on her "matched wording in the false fabricated FMLA complaint.  She referred to Velocity as VTS in her profile the same **VTS that is in the false complaint where it was recorded a total of 5 times.**

87.     Shauna Coleman knew her time was up and just like all the other Velocity executives and General Counsel who all knew the day would come where people will begin to go to prison.  That day is upon us.  Beginning with decristoforo.

88.     There are 4 open federal criminal investigations that are in progress and for 4 moths I have supplied them with enough evidence and exhibits for indictment and prosecution.

89.     I will no longer allow these criminals to use me and my personal identifying information as the **"step on nigger"**.

90.

91.     This was no coincidence as it was recorded 5 times in the false complaint as well, the intake person **recorded the phrase "her and "she" a total of 17 times** indicating she was speaking with a female who was making the false complaint.

92.     The odds of all this as well as the observation that this person Shauna Coleman had knowledge of specific information in regards to Velocity and the unlawful acts they committed verifies it was her who made this call to the USDOL on July 19, 2018 with the advice of Ogltree Deakins.

93.     This is merely his reaction from being contacted by upper executives from the law firm of Ogltree Deakins who now know the shadow his acts have put upon the law firm.

94.     In addition, the USDOL has already sent a response to plaintiff dated October 18, 2021 that the complaint document attached to document 94 sent to

the court by decristoforo did not come from nor was it sent to anyone at Velocity or Ogltree Deakins from their agency.

95.    **decristoforo manufactured it and then try to retro-fit it back to May 22, 2018 assuming that no one would question or confront him as well no one would fact check this forgery he submitted to the court. He was wrong.**

96.    The court must put a stop to this because he will not.

97.     He will continue to commit fraud and lie until someone other than the plaintiff steps in and apply the most serious sanction the law allows.

98.    Federal law enforcement has already knocked on the door of Shauna Coleman and she resigned from her HR Director position because she knew this day would come and had no intention of being called as a witness by Ogltree Deakens. She quit to avoid this confrontation. If anyone thinks she **"left for a better opportunity they are mistaken"**.

99.    This illustrates that the communication by the plaintiff to Ogltree Deakins executives woke them up, and they contacted decristoforo and he reacted.

100.    However, it will not help. Even if the court makes the wrong decision against the plaintiff, it does not erase the fraud he has committed nor will it erase the forged documents and evidence against him.

101.    He wants to focus on the enormous amount of undisputed evidence that has been uncovered of fraud upon this court and he court in Northern Illinois and not the facts.

102.    The fact is anyone or organization facing criminal charges and are can be sued in civil court at the same time.

- 27 -

103.    This especially since it was the plaintiff who has uncovered all of the state and federal criminal offenses committed by Ogltree Deakins attorneys and Velocity.

104.    ... It is possible for someone to breaks the law, they face those associated charges, and also receive notice that they are being sued by a victim from that event/crime and that's exactly what both Velocity ad Ogltree Deakins are facing.

105.    They are facing federal prison for the multiple federal criminal offenses they both have committed against the US Federal government and specifically the criminal offenses they both have committed against the plaintiff Garrison Jones.

106.    The best defense they can come up with is sentence structure and penmanship as the means of escape.

107.    Every crime victim has the right to file a civil lawsuit seeking financial compensation from the perpetrator or from other parties whose unreasonable conduct gave rise to conditions which allowed the crime to occur.

108.    Not only were these crimes committed by Velocity but they have been **financed by Navisite**.

109.    There are Federal and state laws also generally sets out the source of funding for the compensation program—often a fine on criminal offenders. Some state compensation programs also administer a separate program to collect offender profits from crime.

110.    It is clear the organization who has profited from these crimes is the law firm of Ogltree Deakins.  They have never acted under the umbrella of simply providing "legal **services**.

- 28 -

111.    They have from the beginning been active participants in the criminal activity, participants and designers in the conspiracy, creator of forged documents and criminal advisors on behalf of Velocity.

112.    They have no indemnification or immunity as a third party.  No one broke their arms to prevent them from creating and submitting the forgery of documents to this court.  However, it is apparent they were paid or have a significant monetary incentive to do so.

113.    The fact is defense counsel has been **caught red handed committing fraud** upon this court and is desperate in attempting to avoid disbarment and the federal criminal violations of the law that are the consequences of his intentional acts.

114.    Furthermore the complaint was filed on the same date of the order **September 28, 2021 before the order document 98 and he has yet to file his amended complaint.**

115.    In addition, the plaintiff has notified the Board of Directors of Ogltree Deakins of the criminal acts and forgery committed by both attorneys in the current case with exhibits and as such, they have reached out to Decristoforo to alert him.

116.    In as much, they have condone his conduct and have allowed him to quickly put forth this motion to dismiss to in his mind counter the uncovering of fraud and forgery.

117.    The court must see thru this tactic.

118.    The "**red herring**" is back to his usual tactics assuming he can plead and talk his way out of the fraud he has been caught committing.

119.    There cannot be a short statement for his acts that will allow this court to make the proper decision in this case.

120.    In addition, federal and state prosecutors have both already been informed and have evidence of both state and federal crimes committed as well as the forged documents Anthony Decristoforo has submitted to this court.

121.    This complaint has nothing to do with the current case as most of the evidence has been accumulated since May 2020.

122.

123.    **Here is the fraud**.

124.    On **September 9, 2021 in document 94** submitted by Ogltree Deakins attorney Anthony Decristoforo he submitted as Exhibit 1 a document he claims was sent by the plaintiff to the USDOL on May 22, 2018.  It is a forgery.

125.    On June 8, 2018 plaintiff received a different version of this same letter dated the same date May, 22, 2018.  It is also a forgery.

126.    This document was a forgery too and was sent to the USDOL by Ogltree Deakins attorney Jennifer Colvin on August 24, 2018 along with a fabricated withdrawal letter.  They arrived at the same time.

127.    It is not for an FMLA complaint in the files of the USDOL on May 22, 2018.

128.    Ogltree Deakins wanted to "**force feed**" and make the USDOL and this court believe there was one.

129.    It is was attached to another False fabricated FMLA complaint filed by Velocity and Ogltree Deakins filed on July 18, 2018.

130.    The USDOL has already investigated and determined that the plaintiff did not and could not have filed the July 19, 2018.

131.    The USDOL investigated and determined that their records do not contain a single FMLA complaint filed by plaintiff Garrison Jones against Velocity Technology Solutions.

132.    All of the FMLA complaints, documents and the forged documents sent to the USDOL, the District Court in Northern Illinois and this court were all manufactured by Velocity and Ogltree Deakins for the purpose of preventing and escaping the financial consequences of terminating the plaintiff while on FMLA medical leave.

133.    The forgery of documents were created to make it appear they came from the plaintiff **were to benefit Velocity and was devised by Ogltree** as they knew FMLA was under the jurisdiction of the federal government and specifically the USDOL.

134.    They used personal identifying information from his employee file to make them appear authentic.

135.    It was their intent to use them up until the plaintiff beat them to it and discovered them on his won over 2 years later via a FOIA request to the USDOL.

1.    Velocity agreed to extend the plaintiffs FMLA leave on May 9, 2018 but still continued to commit multiple interferences against the plaintiff.

## CONCLUSION

Plaintiff moves this court for a default judgment against the defendants and their counsel from Ogltree Deakins in additions to the most severe sanction the court can be levied against Ogltree Deakens and Velocity.

**Plaintiff was not even in the state of Illinois on May 22, 2018**   He was in California courtesy of his new Employer Prime Healthcare on an extended interview with the CIO and CEO of the organization.

Equally his **phone number was changed in June 2018** a month before before Ogltree and Velocity filed the false fabricated FMLA complaint on July 19, 2018.

This court should do as it is mandated should and forward this case and the evidence to law enforcement.  Counsel knows what is coming next.

If counsel had so much confidence in his case, to unenforceable document they call an agreement that contains the fraud that led to the discovery of all the federal criminal violations of the law, then he would not have had the need to forge and submit them to the court but he did.

Plaintiff held onto the documents from the USDOL for over 4 months because he knew defense counsel would go back to the core value of the law firm he represents and submit some form of fraud and forgery to this court that validates all the other fraud and criminal violations of the law they have committed.

In addition, he is lying again the complaint contains 29 pages and the exhibits

Again, they can attack me all they want.  I suffered a Hemorrhagic strokes one of the most dangerous and most do not survive.

Stroke victim's normal stay in the hospital is 7 days.  The plaintiff was in the hospital over a month.  He suffers from lifelong cognitive impairment and disabilities.

There is not one dispute of the evidence in the case. Decristoforo has quoted everyone except flipper and he still has not been able to lie his way away from the forgery he submitted to this court.

The plaintiff is a crime victim and any crime victim has a right to sue and file a complaint against the person or organization who committed the crime.

I have committed no crime all I have done is because I am not a lawyer and have no desire to become one.

However, I will not continue to allow Velocity and their henchman from the law firm of Ogltree Deakins to use my personal identifying information and the federal government for financial gain/revenue while at the same time stalking me and my family at every opportunity they get in order to murder me and my family to prevent me from moving forward in these complaints.

 **Counsel who is not a lawyer or an office of the court, he is a documented pathological serial liar.**

I do know when I see wrong committed against me I will confront it.

- 33 -

This is not an FMLA complaint or related to employment.

This case is about criminal fraud committed against the US Federal Government where the plaintiff and the US Government were targeted by Ogltree Deakins as he dumping ground/depository of criminal fraud they conspired on behalf of their client Velocity.

They were so used to doing this behind the back of the plaintiff and gaps of months prevented discovery. Now that he can defend himself and catch them in lies and fraud, they cry like babies claiming penmanship, and sentence structure are the means for dismissal because they cannot counter with any truth or evidence.
**The have been caught red handed.**

Somebody tell Ogltree Deakins and specifically attorney decristoforo the next time they want to **frame another black man for murder** or for **sending fabricated documents to the USDOL** or for **implicate and frame him for filing any complaint with the USDOL,** make sure first **he has the same phone number** and it **verify it is not disconnected**.

Then make sure he is **actually in the same town** you claim he is in and not on the other side of the country before you try to send him to prison and frame him for anything especially a crime or act he could not have **committed.**

**He also needs to make sure they verify the city where the US DOL is located at before they create a forged document.**

**There is no way 2 separate documents forged by Ogltree and Velocity could have ever made its way to the USDOL when the city state and zip code are different and inconsistent with the real address of the agency.**

- 34 -

Respectfully submitted,
Dated: January 6, 2022

**Garrison Jones Plaintiff (**Pro Se

Sacramento, California 95818
garrison.jones@outlook.com

- 35 -