UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JONES,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY TECHNOLOGY SOLUTIONS, et al.,<br><br>Defendants. | No. 2:21-cv-01772-TLN-JDP<br><br>**ORDER** |

On September 12, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 18.) Plaintiff filed objections on September 23, 2022, and they have been considered by the Court. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed September 12, 2022 (ECF No. 18) are ADOPTED in full;

2. Defendants' Motion to Dismiss (ECF No. 6) is GRANTED;

3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

4. The Clerk of Court is directed to close this case.

**DATED: September 29, 2022**

Troy L. Nunley
United States District Judge

2